IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MARK WALKER                         :
                                    :
        Plaintiff                   :  CIVIL ACTION
                                    :
    vs.                             :
                                    :
PHILADELPHIA PRESBYTERY HOME,       :  NO. 15-CV-6514
INC., Individually and/or t/a       :
PRESBY'S INSPIRED LIFE,             :
PHILADELPHIA HOMES AND              :
SERVICES FOR THE AGING,             :
Individually and/or t/a             :
PRESBY'S INSPIRED LIFE and          :
PRESBY'S INSPIRED LIFE              :
                                    :
        Defendants                  :
```

## **ORDER**

AND NOW, this     19th     day of October, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 16) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of Defendant as a matter of law on all of the Counts set forth in Plaintiff's Complaint.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER,       J.